UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| EDWARD C. HUGLER,<br>ACTING SECRETARY OF LABOR,<br>UNITED STATES DEPARTMENT OF LABOR,<br><br>Petitioner,<br><br>v.<br><br>QUALITY TOOL REPAIR,<br><br>Respondent. | ) ) ) ) ) ) ) ) ) ) ) ) | FILE NO.<br><br><br><br><br><br>2:17-cv-00550-AKK |

### THE ACTING SECRETARY OF LABOR'S PETITION TO ENFORCE ADMINISTRATIVE SUBPOENA *DUCES TECUM*

COMES NOW Petitioner Edward C. Hughler, the Acting Secretary of Labor, United States Department of Labor ("the Acting Secretary"), and petitions the Court to compel Respondent Quality Tool Repair ("Respondent") to produce the documents requested in his Agency's administrative subpoena *duces tecum*. In support of the Petition, the Acting Secretary asserts the following:

### JURISDICTION

1. This Petition is brought to compel Respondent to comply with an Administrative Subpoena *Duces Tecum* issued by the Regional Administrator of the Wage and Hour Division ("WHD") of the United States Department of Labor served on Ms. Carla Stewart, in her capacity as Office Manager of Respondent, in an investigation conducted pursuant to the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* (hereinafter "the Act" or "FLSA").

2. This Court has subject matter jurisdiction over this Petition pursuant to Section 9 of the Act, 29 U.S.C. § 209, 28 U.S.C. §§ 1331 and 1345.

## VENUE

3. Respondent conducts business in Calera, Alabama. Respondent's principal place of business is located at 6180 Highway 31 South, Calera, Alabama 29577, and is an employer within the meaning of the Act. Declaration of Wage and Hour Investigator Crystal S. M. Hill (hereinafter "WHI Hill") in Support of Petition for Enforcement of Administrative Subpoena *Duces Tecum* (hereinafter "Hill Decl."), ¶ 5. The business location is within the jurisdiction of the court.

4. Venue lies in the United States District Court for the Northern District of Alabama pursuant to Section 9 of the Act, 29 U.S.C. § 209, 28 U.S.C. §§ 1331 and 1345, as Respondent has and continues to conduct business in this judicial district.

5. The documents sought by the Subpoena are believed to be located at Respondent's place of business in Calera, Alabama. Given that the Subpoena seeks documents that were created as a result of work performed in Calera, Alabama, and the documents responsive to the Subpoena are located in Calera, Alabama, this case should be assigned to the United States District Court for the Northern District of Alabama, Southern Division.

## THE INVESTIGATION AND SUBPOENA

6. On July 19, 2016, WHD's Birmingham District Office (hereinafter "the District Office"), opened an investigation to determine Respondent's coverage under the Act, and compliance with the provisions of the Act. Hill Decl., at ¶¶ 2 and 3. The investigation is assigned to WHI Hill, of the District Office. *Id.* at ¶¶ 2 and 4.

7. Respondent operates a business providing tool and small engine repair services in Calera, Alabama. *Id.* at ¶ 6.

8.      Mr. Patrick Jeffery is the Owner of Respondent. Mr. Patrick Jeffrey refused to meet with WHI Hill and was never at the Respondent's worksite when WHI Hill showed up. *Id.* at ¶ 7.

9.      In the course of its investigation, WHD determined that obtaining certain information from Respondent was essential to determine whether the provisions of the FLSA applied to Respondent's operation and whether the provisions of the Act have been violated. *Id.* at ¶ 8.

10.     In a letter dated August 09, 2016, Assistant District Director Tim Erwin (hereinafter "ADD Erwin") requested Respondent to produce the documents as specified in the letter at the WHD District Office on Thursday, August 15, 2016, at 10:00 a.m. *Id.* at ¶ 9 and Exhibit A.

11.     No representative of Respondent appeared at the District Office on August 15, 2016 to comply with ADD Erwin's letter. *Id.* at ¶ 10.

12.     Given Respondent's failure to appear and to produce the requested records concerning coverage, wages, hours and other terms and conditions of employment, Wayne Kotowski, Regional Administrator of WHD, Region IV, issued the Subpoena to Respondent pursuant to authority granted to WHD by Section 9 of the Act, 29 U.S.C. §§ 209 and 211, on August 17, 2016. *Id.* at ¶ 11 and Exhibit B.

13.     On August 17, 2016, WHI Hill personally served the Subpoena on Respondent's Secretary and Sales Repair employee Barry Ashby at its principal place of business in Calera, Alabama. *Id.* at ¶ 13 and Exhibit B.

14. Pursuant to the terms of the Subpoena, Respondent was required to appear at the District Office at 1:00 p.m. on August 22, 2016, and produce all documents listed and described in Attachment #1 to the Subpoena. *Id.* at ¶ 12 and Exhibit B.

15. The Subpoena requests documents which reflect the annual dollar volume of sales for Respondent, identify Respondent's current and former employees, daily and weekly hours worked by Respondent's current and former employees, Respondent's company handbook and corporate information and ownership during the investigation period. *See* Exhibit B to Hill Decl.

16. The requested items are routinely sought by WHD in investigations in order to evaluate coverage under and compliance with the Act. Hill Decl. at ¶ 14.

### RESPONDENT'S FAILURE TO COMPLY WITH THE SUBPOENA

17. On August 22, 2016, Respondent's Office Manager Carla Stewart appeared at the District Office, but did not produce the requested documents. *Id.* at ¶ 15. Thereafter, ADD Erwin requested that Respondent appear with the requested documents on August 26, 2016. *Id.* at ¶ 16.

18. On August 26, 2016, Respondent failed to appear at the District Office or otherwise produce the requested documents. *Id.* at ¶ 17.

19. WHI Hill has attempted to contact Respondent's Office Manager Carla Stewart several times, to no avail. *Id.* at ¶ 18.

19. To date, Respondent has failed to provide any documents responsive to the Subpoena in this matter. *Id.* at ¶ 19.

20. The conduct of Respondent constitutes disobedience and resistance to a lawful subpoena and an attempt to resist and thwart a lawful investigation by the Acting Secretary.

### PRAYER FOR RELIEF

WHEREFORE, the Acting Secretary prays that this Court:

1.      Enter an Order requiring Respondent to Show Cause, if any, why it should not be required to produce all items and documents identified in the Subpoena;

2.      Enter an Order directing Respondent to appear, at a time and place to be fixed by the Court, before a duly-appointed official of the United States Department of Labor, and to produce, at that time, all items and documents listed and described in the Subpoena;

3.      Enter an Order tolling the statute of limitations by the number of days between August 22, 2016, when the documents were due and the day the documents are actually produced;

4.      Award the Acting Secretary his costs and expenses in having to bring this Petition; and

5.      Grant the Acting Secretary such other and further relief as may be necessary and appropriate.

Respectfully submitted this 27th day of March, 2017.

ADDRESSES:

Office of the Solicitor
U. S. Department of Labor
61 Forsyth Street, S.W.
Room 7T10
Atlanta, GA  30303

Telephone:
(404) 302-5463
(404) 302-5438 (FAX)
Johnson.jaslyn.w@dol.gov
ATL.FEDCOURT@dol.gov

SOL Case No. 17-00295

Office of the Solicitor
U. S. Department of Labor

NICHOLAS C. GEALE
Acting Solicitor of Labor

STANLEY E. KEEN
Regional Solicitor

ROBERT L. WALTER
Counsel

JASLYN W. JOHNSON
Trial Attorney

Attorneys for Petitioner