FILED
2017 Dec-14 PM 01:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>QUALITY TOOL REPAIR, )<br>)<br>Defendant, | Civil Action Number<br>2:17-cv-00550-AKK |

## ORDER

The November 3, 2017 order, doc. 13, granting the Petition for Adjudication in Civil Contempt is **AMENDED** as follows:

3. Respondent shall reimburse the Secretary $2,030.56 for his costs, fees, and expenses associated with the filing of the Petition for Civil Contempt as well as the Initial Petition for Subpoena Enforcement.

The clerk is **DIRECTED** to mail a copy of this order to:

Quality Tool Repair
6180 Highway 31, Calera, AL 35040

The Secretary of Labor having informed the court that Quality Tool Repair has complied with the court's order, the clerk is **DIRECTED** to close this case.

**DONE** the 14th day of December, 2017.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE

1